

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

---

**ROBERT T. JOHNSON**  198 East 161st Street          (718) 590-2156
*District Attorney*      Bronx, New York 10451         Fax  590-6523

July 29, 2008

RE: <u>Timothy Harnett v. James Conway</u>
    08 Civ. 1061

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/4/2008
```

Dear Judge Koeltl:

    Our Office represents the respondent in the above-entitled proceeding. Pursuant to your Order dated June 25, 2008, our response to petitioner's writ of habeas corpus is currently due on August 29, 2008. Our Office did not receive your Order until July 3, 2008, since it was originally mailed to the Attorney General's Office. Due to my workload, I respectfully request a sixty-day extension until October 28, 2008.

    I have been assigned to respond to two state appellate briefs in the Appellate Division, First Department by August 6, 2008 and September 3, 2008 (<u>People v. Taylor</u>, Ind. No. 95063/2005 and <u>People v. Noakes</u>, Ind. No. 2263/04, respectively). The above-referenced defendants are currently incarcerated, and their briefs constitute their first direct challenge to their judgments of conviction. In addition, I have been assigned to respond to two post-conviction motions which are due on September 2, 2008 and September 11, 2008 (<u>People v. Lopez</u>, Ind. No. 1032/02 and <u>People v. Bryant</u>, 3520/96, respectively).

    This first request for an extension to October 28, 2008, is made in good faith, based upon my approximation of the time required to prepare an adequate response. I have not obtained consent from my incarcerated <u>pro se</u> adversary. Thank you for consideration in this matter.

*Time to respond extended to October 24, 2008. Petitioner's time to reply extended to December 5, 2008. So Ordered.*
*[signature] J.G. Koeltl*
*U.S.D.J.  8/1/08*

Respectfully,

[signature]
FRANCES Y. WANG
Assistant District Attorney

cc: Timothy Harnett
    DIN # 01-A-3567
    Attica Correctional Facility
    Exchange Street
    Attica, New York 14011