UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY HARNETT,

                Petitioner,        08 Civ. 1061 (JGK)

    - against -                ORDER

JAMES T. CONWAY,

                Respondent.

JOHN G. KOELTL, District Judge:

    The Court received the attached letter from the petitioner indicating that he has encountered difficulties in submitting his reply. The petitioner's time to reply is extended to **June 15, 2009.**

SO ORDERED.

Dated:    New York, New York
          May 14, 2009

                                        John G. Koeltl
                                        United States District Judge

USDS
DOCU...
ELECTR... ...LED
D...

To: Hon. John G. Koeltl,
From: Timothy Harnett
#01A3567 10-cl-10cell

5/7/09

RE: Mail tampering; Harnett v. Conway, 08 CIV. 1061 (JGK).

Dear Hon. Koeltl,

I'm writing you this letter to inform you that the law library is willfully denying me writing paper and carbon paper, due to my prison administrative grievance after my talk with Deputy Supt. Lira at Upstate C.F. about supplies due to my deadline. Pursuant to Bounds v. Smith, the state owes me a duty to provide me with supplies in order for me to have adequate access to the courts. The law library officer on 5/4/09 know that I have a deadline to make a reply to you for my habeas corpus stay motion which is due on May 8, 2009 in which you changed it to May 15, 2009.

→ see other side.

Furthermore, my mail at this facility for the month of April and May of 2009 is being tampered with and I'm unable to mail my mail out to government and administrative [?] to petition the government [?] or administrative forum for redress of grievances; I need you to notify Brian S. Fischer, commissioner of DOCS and the postmaster General in regards to my outgoing legal mail being tampered with.

RECEIVED
MAY 12 2009